UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

───────────────────────────────────────────────

THOMAS EDWARD GLASGOW, SR.,

        Plaintiff,

        v.                                      Case No. 23-C-87

MICHELLE NOEL,

        Defendant.

───────────────────────────────────────────────

## DECISION AND ORDER

───────────────────────────────────────────────

    Plaintiff Thomas Edward Glasgow is incarcerated at Waupun Correctional Institution and representing himself in this 42 U.S.C. §1983 action. On April 13, 2023, the Court entered a scheduling order setting a discovery deadline of September 13, 2023. On June 19 and 27, 2023, Glasgow filed requests for Court orders and subpoenas. Dkt. Nos. 21, 22. He seeks help obtaining letters he wrote while incarcerated at the Sheboygan County Detention Center. It is not clear what efforts Glasgow made to obtain these letters before involving the Court.

    Now that discovery is open, Glasgow may ask Defendant to provide him with information he believes he needs to prove his claim, including documents maintained in his jail file. He may ask up to twenty-five written questions (called interrogatories in the Federal Rules) and he may ask for documents that Defendant has in her possession. *See* Fed. R. Civ. P. 33 and 34; Civil L.R. 33. Defendant may object to a request to the extent she believes the request is improper. If Glasgow does not agree with an objection, he should try to informally resolve the dispute with Defendant's lawyer. *See* Civil L.R. 37. Parties can often resolve discovery disputes without the Court's involvement. If he and Defendant's lawyer are unable to resolve the dispute on their own,

he may file a motion asking the Court to get involved. If he does so, he must describe the discovery dispute in detail and explain what efforts the parties made to resolve the dispute before involving the Court. Glasgow should direct his discovery requests to Defendant, but he must mail them to Defendant's lawyers (Andrew Goldner and Douglas Knott, Leib Knott Gaynor, LLC, 219 N. Milwaukee Street, Suite 710, Milwaukee, Wisconsin 53202). Glasgow should **not** file his discovery requests with the Court. Requests filed with the Court are not properly served, and Defendant has no obligation to respond to them. The Court encourages the parties to work in good faith with one another during discovery to avoid delaying the resolution of this case.

Glasgow should closely review the litigation guide that the Court mailed along with the screening order. The guide will provide helpful information about the litigation process. The Court cannot provide Glasgow with legal advice, so he should make use of the resources available to him, including the materials provided to him by the Court and his institution's law library. Because it is not clear if Glasgow has attempted to get the documents he seeks through discovery, the Court will deny his requests for Court orders.

**IT IS THEREFORE ORDERED** that Glasgow's discovery requests and requests for a Court order (Dkt. Nos. 21, 22) are **DENIED**.

Signed at Green Bay, Wisconsin this 5th day of July, 2023.

s/ William C. Griesbach
William C. Griesbach
United States District Judge